IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 14 C 8112 |
| vs. ) | |
| ) | JUDGE MATTHEW F. KENNELLY |
| DREILING CONSTRUCTION COMPANY,) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DREILING CONSTRUCTION COMPANY, an Illinois corporation, in the total amount of $5,616.14, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,617.50.

On October 29, 2014, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 19, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Kristin M. Reepmeyer

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>13th</u> day of <u>February 2015</u>:

       Mr. Andrew J. Kelleher, Jr., Registered Agent
       Dreiling Construction Company
       102 S. Wynstone Park Drive, Suite 100
       N. Barrington, IL   60010


       /s/   Kristin M. Reepmeyer


Kristin M. Reepmeyer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6311325
Telephone: (312) 216-2584
Facsimile: (312) 236-0241
E-Mail: <u>kreepmeyer@baumsigman.com</u>

I:\CarpsJ\Dreiling Construction\motion for default judgment.kmr.df.wpd